Order 522(f)(1)(A) (12/15)

**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: January 4, 2017**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

In re   Kenneth E. Bell                                    )          Case No.   14-10390
                                                            )          Chapter    13
                                                            )          Judge      Jeffery P. Hopkins

              Debtor/s

            ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN ON REAL
            PROPERTY PURSUANT TO 11 U.S.C. § 522(f)(1)(A) (DOC. ___73___ )

        This matter is before the court on the Debtor's Motion to Avoid Judicial Lien on Real Property pursuant to 11 U.S.C. § 522(f)(1)(A) (the "Motion") regarding the judicial lien of
                            Cavalry SPV I, LLC                                     (the "Creditor")
in the amount of $ ___9,451.66___ on the Debtor's real property located at
                   5847 Blue Rock Rd., Cincinnati, OH 45247                        (the "Property")
recorded on ___March 13, 2013___ with the ___Judgment Records of Hamilton County Ohio___
at
                            Vol. 13, Page 005813                                   .

        The Motion was properly noticed and served, and no responses or requests for hearing were filed, or any responses were subsequently withdrawn.

        Accordingly, the Motion is GRANTED.

        Upon

                                          entry of this order                                          ,

**Order 522(f)(1)(A) (12/15)**

the judicial lien of the Creditor on the Property is avoided. Should the Creditor fail to timely release the judicial lien, the Debtor may submit this Order to the applicable court or recorder's office as evidence of the release of the judicial lien.

SO ORDERED.

Copies to:

Default List

Cavalry SPV I, LLC
c/o CT Corporation System
1300 E. 9th St.
Cleveland, OH 44114

###